**CHESEBRO v. UNITED STATES.**

No. 42442.

Court of Claims.

Dec. 6, 1937.

410

Allen G. Gartner, of Washington, D. C., for plaintiff.

J. H. Sheppard, of Washington, D. C., and James W. Morris, Asst. Atty. Gen. (Robert N. Anderson and Fred K. Dyar, both of Washington, D. C., on the brief), for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

Upon the authority of Robbins v. United States, Ct.Cl., 21 F.Supp. 403, this day decided, it is ordered that the petition be dismissed and judgment for the defendant will be rendered accordingly.